UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIHWA HWANG-MEZA, | CASE NO. C26-1073JLR |
| Plaintiff, | ORDER |
| v. | |
| GATES FOUNDATION, | |
| Defendant. | |

Before the court is a motion to dismiss and in the alternative to compel arbitration filed by Defendant the Gates Foundation on April 20, 2026.  (MTD (Dkt. # 8).)  The next day, Plaintiff Shihwa Hwang-Meza, proceeding *pro se*, filed an amended complaint. (Am. Compl. (Dkt. # 10).)  In general, an amended complaint supersedes all previous complaints and renders them without legal effect.  *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  As a result, courts routinely deem a motion to dismiss moot when the opposing party timely files an amended pleading instead of an opposition brief.  *See id.*; *see also* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend

ORDER - 1

its pleading once as a matter of course no later than 21 days after service of a motion to dismiss under Rule 12(b)).  Consistent with this practice, the court DEEMS the Gates Foundation's motion to dismiss or in the alternative to compel arbitration (Dkt. # 8) moot and STRIKES the motion.

Dated this 28th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2