UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIHWA HWANG-MEZA,<br>Plaintiff,<br>v.<br>GATES FOUNDATION,<br>Defendant. | CASE NO. 2:26-cv-01073-JHC<br>ORDER |

This matter comes before the Court on Defendant Gates Foundation's Motion to Dismiss Plaintiff's First Amended Complaint and Compel Arbitration. Dkt. # 13. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

1. The Court declines to dismiss this matter.

2. For the reasons presented by the Defendant at Dkt. ## 13 and 21, the Court GRANTS Defendant's request to compel arbitration. The parties are DIRECTED to proceed to arbitration before JAMS as set forth in their agreement. The arbitrator should decide any issue regarding arbitrability.

3. The Court STAYS this matter pending the outcome of the arbitration proceedings.

//

Dated this 28th day of August 2026.

John H. Chun
United States District Judge