UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIHWA HWANG-MEZA,<br>Plaintiff,<br>v.<br>GATES FOUNDATION,<br>Defendant. | CASE NO. 2:26-cv-01073-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. # 24. Per the Local Rules,

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

LCR 7(h)(1). Plaintiff does not meet this standard. As stated at Dkt. # 23, the Court granted Defendant's request to compel arbitration for the reasons presented at Dkt. ## 13 & 21, which included Defendant's contention that there is a valid and enforceable arbitration agreement between the parties that delegated many issues, including the issue of arbitrability, to an arbitrator. *See* Dkt. # 13 at 13–16. Accordingly, there is nothing to "clarify," nor is there any manifest error to correct. The Court thus DENIES Plaintiff's motion.

Dated this 11th day of September 2026.

John H. Chun
United States District Judge